USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/27/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MARTHA OLIVIA VILLANUEVA LOPEZ,** *individually and on behalf of all others similarly situated*,

           **Plaintiff,**

-against-

**LISPENARD FISH LLC ET AL.,**

           **Defendants.**

22-cv-1707 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' settlement agreement. ECF No. 22. Having reviewed these records and settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the Parties.

**SO ORDERED.**

**Dated**:   July 27, 2022
          New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**